JOSEPH E. HERMAN   (Bar No. 58899)
114 South Rossmore Avenue
Los Angeles, CA  90004

   323.937.1400   fax 323.931.7369

Attorney for Defendant
GIUMARRA VINEYARDS CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA, et al.<br>      Plaintiffs,<br><br>   v.<br><br>GIUMARRA VINEYARDS CORPORATION, and DOES 1 through 50,<br><br>      Defendants.<br>_____ | Case No.  1:05-CV-01600-AWI-DLB<br><br>**ORDER FOR EXTENSION<br>OF DEFENDANTS' TIME TO ANSWER<br>OR OTHERWISE PLEAD** |

    On the written stipulation of Plaintiff Santos R. Valenzuela and Defendant Giumarra Vineyards Corporation, the parties have agreed that Defendants will have a 30-Day Extension of their time to file an Answer or otherwise plead to the Class Action Complaint in this case, served on Defendant GIUMARRA VINEYARDS CORPORATION on or about December 22, 2005.

    **IT IS ORDERED** that Defendants' time to answer or otherwise plead to the Class Action Complaint in this action is extended to and including February 10, 2006.

Dated: January 10, 2006                      _____/s/ Dennis L. Beck_____
                                                   United States Magistrate Judge.