UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA, et al., <br><br> Plaintiffs, <br><br>  v. <br><br> GIUMARRA VINEYARDS CORPORATION, et al., <br><br> Defendants. | 1: 05-CV-01600-FVS-SMS <br> NEW CASE NUMBER <br><br> 1:05-CV-01600-AWI-DLB <br> PRIOR CASE NUMBER <br><br> ORDER RELATING CASES AND REASSIGNING NEW DISTRICT AND MAGISTRATE JUDGES |

Examination of the papers filed in the above-entitled action reveals that it is related within the meaning of Local Rule 83-123 to <u>John Doe, et al., v. D. M. Camp & Sons, et al.</u>, 1:05-CV-01417-FVS-SMS. This case and the earlier-filed case are based on similar claims and involve similar questions of fact or law, and assignment of the cases to the same judges will therefore be likely to effect a substantial savings of judicial effort.

Accordingly, it IS ORDERED that

1) This action is therefore reassigned to District Judge Fred Van Sickle and Magistrate Judge Sandra M. Snyder;[1] and

---

[1] The parties are informed that an order relating cases under Local Rule 83-123 merely causes the cases to be assigned to the same district judge and magistrate judge; no consolidation is effected. <u>Cf.</u> Fed. R. Civ. P. 42(a). If the parties wish to consolidate the cases, they must accomplish it by way of stipulation or noticed motion.

1

2) Henceforth, all documents filed in this case shall be filed under case number 1:05-CV-01600-FVS-SMS.

IT IS SO ORDERED.

**Dated:   January 12, 2006**                              /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE