UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA, et al.,<br><br>           Plaintiffs,<br>     v.<br><br>GIUMARRA VINEYARDS CORP.,<br><br>           Defendant. | 1:05-CV-01600-FVS-SMS<br><br>ORDER VACATING HEARING ON MOTION TO CONSOLIDATE ACTIONS AND APPOINT CLASS COUNSEL (DOCS. 5, 10)<br><br>**VACATED HEARING DATE: January 27, 2006**<br><br>ORDER DEEMING MOTIONS SUBMITTED TO THE COURT FOR DECISION<br><br>ORDER DENYING AS MOOT THE EX PARTE APPLICATION TO TAKE THE MOTIONS OFF CALENDAR (DOCS. 14, 15) |

    Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiffs to consolidate this action and to appoint class counsel is a matter that may appropriately be submitted upon the record and briefs.

1

1    Accordingly, the hearing on the motion, presently set for
2 January 27, 2005, at 9:30 a.m., IS VACATED, and the motion IS
3 DEEMED SUBMITTED to the Court for decision.
4    In view of this order, the application to take the motions
5 off calendar IS DENIED as moot.

7 IT IS SO ORDERED.
8 **Dated:   January 24, 2006**               /s/ Sandra M. Snyder
  icido3                               UNITED STATES MAGISTRATE JUDGE

2