Joseph E. Herman, Esq. (SBN 58899)
Law Office of Joseph E. Herman
114 S. Rossmore Avenue
Los Angeles, CA 90004
Telephone: (323) 937-1400
Facsimile: (323) 931-7369

Joseph C. Markowitz, Esq. (SBN 146592)
Law Offices of Joseph C. Markowitz
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile:  (213) 437-1721

**Attorneys for Defendant Giumarra Vineyards Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GIUMARRA VINEYARDS CORPORATION, a California corporation; and DOE 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. 1:05-CV-01600-FVS-SMS<br><br>STIPULATION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND;<br><br>ORDER |

　　　　　Subject to the Court's approval, the parties hereto, plaintiffs SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated ("Plaintiffs") and defendant GIUMARRA VINEYARDS CORPORATION, through their undersigned attorneys, have agreed that Defendant will have a further 14 day extension of time to file an answer or otherwise respond to the class action complaint in this case, served on Defendant GUIMARRA VINEYARDS CORPORATION on or about December 21, 2005.  The extension will run on

February 24, 2006.

    The parties previously stipulated to extend defendant's time to respond to the complaint for approximately 30 days, to February 10, 2006. That stipulation was "so ordered" by Magistrate Beck on January 10, 2006. In light of all the activity in this case and the related case, defendant requires additional time to formulate its response to the complaint.

    **NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE** that defendant's answer or other responsive pleadings will be served and filed with the court no later than Friday, February 24, 2006.

LAW OFFICES OF JOSEPH E. HERMAN

and

Dated: February 2, 2006    LAW OFFICES OF JOSEPH C. MARKOWITZ

By:  /s/ Joseph C. Markowitz
    Joseph C. Markowitz
    Attorneys for Defendant
    Giumarra Vineyards Corporation

Dated: February 2, 2006    McNICHOLAS & McNICHOLAS, LLP

By: /s/ Matthew S. McNicholas
    Matthew S. McNicholas
    Attorneys for Plaintiffs
    Santos R. Valenzuela, et al.

Joseph E. Herman, Esq. (SBN 58899)
Law Office of Joseph E. Herman
114 S. Rossmore Avenue

Los Angeles, CA 90004
Telephone: (323) 937-1400
Facsimile: (323) 931-7369

Joseph C. Markowitz, Esq. (SBN 146592)
Law Offices of Joseph C. Markowitz
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile:  (213) 437-1721

**Attorneys for Defendant Giumarra Vineyards Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated, ) ) | Case No. 1:05-CV-01600-FVS-SMS |
| Plaintiffs, ) ) | ORDER FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER OR OTHERWISE PLEAD |
| v. ) ) | |
| GIUMARRA VINEYARDS CORPORATION, a California corporation; and DOE 1 to 50, inclusive, ) ) ) | |
| Defendants. ) | |

By written stipulation of Plaintiffs Santos R. Valenzuela et al. and Defendant Giumarra Vineyards Corporation, the parties have agreed to extend the defendant's time to answer or otherwise plead to the class action complaint in this case, to February 24, 2006.

IT IS SO ORDERED.

**Dated:    February 6, 2006             /s/ Sandra M. Snyder**

icido3                    UNITED STATES MAGISTRATE JUDGE