Joseph E. Herman, Esq. (SBN 58899)
Law Office of Joseph E. Herman
114 S. Rossmore Avenue
Los Angeles, CA 90004
Telephone: (323) 937-1400
Facsimile: (323) 931-7369

Joseph C. Markowitz, Esq. (SBN 146592)
Law Offices of Joseph C. Markowitz
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile: (213) 437-1721

**Attorneys for Defendant Giumarra Vineyards Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIUMARRA VINEYARDS CORPORATION, a California corporation; and DOE 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01600-FVS-SMS<br><br>ORDER GRANTING DEFENDANT GIUMARRA'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>**CLASS ACTION** |

1

K:\SMS\To_Be_Signed\05CV01600.o.Valenzuela.ex parte applica.wpd

The undersigned having read and considered the ex parte request submitted by defendant Giumarra Vineyards Corporation for an extension of time to respond to the complaint, the plaintiffs' opposition to defendant Giumarra's ex parte application for extension of time to respond to complaint, and related case plaintiffs' support for defendant Giumarra's ex parte application for extension of time to respond to complaint; and, further, noting that in the interim between the receipt of the ex parte motion and the responding pleadings, the court reassigned the district court judge who will be handling this case and the related case, and finally, since the scheduling conference/case management conference in both cases has been continued to May 25, 2006, it appears there is no prejudice to granting the motion.

Good cause appearing, therefor, the court orders as follows:

Defendant's time to move, answer, or otherwise plead in response to the complaint in this action is extended to and including March 31, 2006.

IT IS SO ORDERED.

**Dated:   March 8, 2006**          **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE

K:\SMS\To_Be_Signed\05CV01600.o.Valenzuela.ex parte applica.wpd