UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GIUMARRA VINEYARS CORPORATION, and DOES 1 to 50 inclusive,<br><br>                    Defendants. | CIV-F-05-1600 AWI SMS<br><br>ORDER FOR ADDITIONAL BRIEFING AND VACATING HEARING DATE |

After reviewing the moving papers, the court has determined that additional briefing would be helpful. Chief among the issues the court would like to have clarified is the parties' position regarding the scope of the Migrant and Seasonal Worker Protection Act ("AWPA"). In its initial memo, Giumarra stated, "The federal statute does not define 'wages' or 'working arrangement.' It also gives no indication that it was intended to provide a forum for all claims of violations of state employment laws affecting agricultural workers, other than perhaps those whose adjudication may be necessary to resolve the issue of non-payment of wages or violations of the employer's 'working arrangement.'" Doc. 59, Brief, at 3:19-23.

The court requests Giumarra answer the following questions in detail and provide appropriate legal briefing in support thereof by 4 PM Tuesday, May 30, 2006: Can AWPA claims ever be based on violation of state law, such as a state minimum wage law? If so, what is the

1

distinction between those state laws that can be the basis of an AWPA claim and those that can not?  Which of Plaintiffs' state law causes of action can be the basis of an AWPA claim and which can not?  Should the court abstain only if it declines supplemental jurisdiction, only if it exercises supplemental jurisdiction, or regardless of the supplemental jurisdiction decision? Under what theory or theories (Younger, Pullman, Burford, Colorado River) is abstention sought?

      Plaintiffs may file a response by 4 PM Tuesday, June 13, 2006.  Giumarra may file a reply by 4 PM Tuesday, June 20, 2006.   The hearing scheduled for 1:30 PM Monday, May 15, 2006 is vacated and no party shall appear at that time.

IT IS SO ORDERED.

**Dated:**   **May 12, 2006**           /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE