Joseph E. Herman, Esq. (SBN 58899)
Law Office of Joseph E. Herman
114 S. Rossmore Avenue
Los Angeles, CA 90004
Telephone: (323) 937-1400
Facsimile: (323) 931-7369

Joseph C. Markowitz, Esq. (SBN 146592)
Law Offices of Joseph C. Markowitz
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile:  (213) 437-1721

**Attorneys for Defendant Giumarra Vineyards Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIUMARRA VINEYARDS CORPORATION, a California corporation; and DOE 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01600-FVS-SMS<br><br>ORDER GRANTING DEFENDANT GIUMARRA'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>**CLASS ACTION** |

1

K:\AWI\To_Be_Signed\05cv1500.o.PROPOSED ORDER2.wpd

The undersigned having read and considered the ex parte request submitted by defendant Giumarra Vineyards Corporation, for an extension of time to respond to the complaint, and good cause appearing, orders as follows:

Defendant's time to move, answer, or otherwise plead in response to the complaint in this action is extended to and including June 9, 2008.

IT IS SO ORDERED.

**Dated:   May 5, 2008**                     /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE

K:\AWI\To_Be_Signed\05cv1500.o.PROPOSED ORDER2.wpd