1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15

| | |
|---|---|
| **SANTOS R. VALENZUELA et al.,** ) | **CIV-F-05-1600 AWI SMS** |
| ) | |
| **Plaintiffs**, ) | **ORDER VACATING HEARING** |
| ) | **DATE OF JULY 21, 2008 AND** |
| **v.** ) | **TAKING MATTER UNDER** |
| ) | **SUBMISSION** |
| **GIUMARRA VINEYARS** ) | |
| **CORPORATION, and DOES 1 to 50** ) | |
| **inclusive,** ) | |
| ) | |
| **Defendants**. ) | |
| ———————————————————— ) | |

16
17
18
19
20

A hearing on the motion to dismiss has been scheduled for July 21, 2008. Doc. 46. Plaintiffs have filed an opposition and Defendant has filed a reply. Docs. 49 and 50.  The court has reviewed the papers and has determined that oral argument would not be helpful at this time. See Local Rule 78-230(h).

21
22
23

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 21, 2008, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

24
25

IT IS SO ORDERED.

26
27

**Dated:    July 16, 2008**          _____/s/ Anthony W. Ishii_____
                              CHIEF UNITED STATES DISTRICT JUDGE

28

1