Joseph E. Herman, Esq. (SBN 58899)
Law Office of Joseph E. Herman
114 S. Rossmore Avenue
Los Angeles, CA 90004
Telephone: (323) 937-1400
Facsimile: (323) 931-7369

Joseph C. Markowitz, Esq. (SBN 146592)
Law Offices of Joseph C. Markowitz
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile:  (213) 437-1721

**Attorneys for Defendant Giumarra Vineyards Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIUMARRA VINEYARDS CORPORATION, a California corporation; and DOE 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:05-CV-01600-FVS-SMS<br><br>STIPULATION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND; **ORDER** |

Subject to the Court's approval, the parties hereto, plaintiffs SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated ("Plaintiffs") and defendant GIUMARRA VINEYARDS CORPORATION, through their undersigned attorneys, have agreed that Defendant will have a 7 day extension of time to file an answer or otherwise respond to the amended class action complaint in this case.  The extension will run on April 17,

2009.

The court entered an order on March 31, 2009, denying defendant's motion to dismiss the amended complaint. Defendant requires additional time to prepare an answer due to other commitments and the complexity of the issues in this case. This extension will not delay preparation for the scheduling conference currently set for June 8, 2009.

**NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE** that defendant's answer or other responsive pleadings will be served and filed with the court no later than Friday, April 17, 2009.

                                  LAW OFFICES OF JOSEPH E. HERMAN

                                      and

Dated: April 10, 2009        LAW OFFICES OF JOSEPH C. MARKOWITZ

                                  By:   /s/ Joseph C. Markowitz
                                        Joseph C. Markowitz
                                        Attorneys for Defendant
                                        Giumarra Vineyards Corporation

Dated: April 10, 2009        McNICHOLAS & McNICHOLAS, LLP

                                  By:   /s/ Mitra Torabi
                                        Mitra Torabi, Esq.
                                        Attorneys for Plaintiffs
                                        Santos R. Valenzuela, et al.

K:\SMS\To_Be_Signed\05cv01600.stipo.Venzuela.extn answ.wpd

Joseph E. Herman, Esq. (SBN 58899)
Law Office of Joseph E. Herman
114 S. Rossmore Avenue
Los Angeles, CA 90004
Telephone: (323) 937-1400
Facsimile: (323) 931-7369

Joseph C. Markowitz, Esq. (SBN 146592)
Law Offices of Joseph C. Markowitz
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile: (213) 437-1721

**Attorneys for Defendant Giumarra Vineyards Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS R. VALENZUELA et al. on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>GIUMARRA VINEYARDS CORPORATION, a California corporation; and DOE 1 to 50, inclusive,<br><br>              Defendants. | Case No. 1:05-CV-01600-FVS-SMS<br><br>ORDER FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER OR OTHERWISE PLEAD |

      By written stipulation of Plaintiffs Santos R. Valenzuela et al. and Defendant Giumarra Vineyards Corporation, the parties have agreed to extend the defendant's time to answer or otherwise plead to the class action complaint in this case, to April 17, 2009.

///

///

3

K:\SMS\To_Be_Signed\05cv01600.stipo.Venzuela.extn answ.wpd

1 | **IT IS ORDERED** that defendant's time to answer or otherwise plead to the class
2 | action complaint in this action is extended to an including April 17, 2009.

7 | IT IS SO ORDERED.

8 | **Dated:   April 14, 2009**                         /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE

K:\SMS\To_Be_Signed\05cv01600.stipo.Venzuela.extn answ.wpd