UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTOS R. VALENZUELA et al., | ) | CIV-F-05-1600 AWI SMS |
| Plaintiffs, | ) ) | ORDER VACATING HEARING DATE OF JUNE 29, 2009 |
| v. | ) ) | |
| GIUMARRA VINEYARS CORPORATION, and DOES 1 to 50 inclusive, | ) ) ) | |
| Defendants. | ) ) | |

    A hearing has been scheduled for June 29, 2009 to determine whether this case and Munoz v. Giumarra, 09-0703, should be consolidated and how the case should proceed with multiple attorneys seeking to represent Plaintiffs.  The parties were given two chances to file written comments.  The court has reviewed the filings and has determined that oral argument would not be helpful at this time.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 29, 2009, is VACATED, and no party shall appear at that time.  An order is forthcoming that will address consolidation and class action representation.

IT IS SO ORDERED.

Dated:  **June 23, 2009**        /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE